

Joel Andersen (SBN 262958)
jandersen@nilanjohnson.com
Cody Humpherys (SBN 342565)
chumpherys@nilanjohnson.com
NILAN JOHNSON LEWIS PA
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone: (612) 305-7500
Facsimile: (612) 305-7501

Attorneys for Defendant Westrock Services, LLC

Lawrence W. Freiman (SBN 288917)
lawrence@freimanlegal.com
FREIMAN LEGAL
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Facsimile: (310) 300-2603

**JS-6**

Attorneys for Plaintiff Victor Yanie

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR YANIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WESTROCK SERVICES, LLC,<br><br>Defendants. | Case No.: 25-CV-1017-JFW (DTBx)<br>Assigned to the Hon. John F. Walter<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDGE** |

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

This matter came on before the Court upon the Stipulation between all parties hereto agreeing to the dismissal of the action with prejudice.  Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without fees, costs or disbursements being awarded to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 20, 2026

_____
JUDGE JOHN F. WALTER

2

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE